Rel: October 3, 2025

**Notice:** This opinion is subject to formal revision before publication in the advance sheets of **Southern Reporter**. Readers are requested to notify the **Reporter of Decisions**, Alabama Appellate Courts, 300 Dexter Avenue, Montgomery, Alabama 36104-3741 ((334) 229-0650), of any typographical or other errors, in order that corrections may be made before the opinion is published in **Southern Reporter**.

# ALABAMA COURT OF CIVIL APPEALS

## SPECIAL TERM, 2025

_____

## CL-2023-0412

_____

## Jeremy S. Mitchem

### v.

## State of Alabama ex rel. Robert Broussard, District Attorney for the Twenty-Third Judicial Circuit

## Appeal from Madison Circuit Court
## (CV-20-901674)

On Remand from the Supreme Court of Alabama

HANSON, Judge.

The prior judgment of this court has been reversed, and the cause remanded, by the Supreme Court of Alabama. See Ex parte State of Alabama ex rel. Broussard, [Ms. SC-2024-0396, Aug. 29, 2025] ____ So.

3d \_\_\_\_ (Ala. 2025).  On remand to this court, and in compliance with our supreme court's mandate, the judgment of the Madison Circuit Court is affirmed.

AFFIRMED.

Moore, P.J., and Edwards, Fridy, and Bowden, JJ., concur.